**No. 62414.**—Page N. Goffigon et al. *v.* United States, protests 220658–K, etc. (Tampa).

Opinion by MOLLISON, J. Nothing appearing in the record which would warrant a holding that the presumption of correctness attached to the collector's action in each case had been overcome, the protests were overruled.